UNITED STATES DISTRICT COURT

DISTRICT OF COLORADO

| | |
|---|---|
| JOHN HICKEY, | |
| | Case No.: 1:23-cv-1710-SKC |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL** |
| v. | **PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |
| PDC ENERGY, INC., | |
| BARTON R. BROOKMAN, JR., | |
| PAMELA R. BUTCHER, | |
| MARK E. ELLIS, | |
| PAUL J. KORUS, | |
| LYNN A. PETERSON, | |
| CARLOS A. SABATER, | |
| AND DIANA L. SANDS, | |
| Defendants. | |

Notice is hereby given that, pursuant to Federal Rule of Procedure 41(a)(1)(A)(i), plaintiff John Hickey ("Plaintiff") voluntarily dismisses this action without prejudice. This notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment. Plaintiff's dismissal of this Action is effective upon filing of this notice.

Dated: August 23, 2023

BRODSKY & SMITH, LLC

By:  */s/ Marc L. Ackerman*
Marc L. Ackerman
Two Bala Plaza, Suite 805
Bala Cynwyd, PA 19004
Phone: (610) 667-6200
Fax:    (610) 667-9029
Email:  mackerman@brodskysmith.com

*Counsel for Plaintiff*